

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021
```

**By ECF**
Hon. Victor Marrero
United States Distrct Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    *United States v. Bangaly Doumbia*, 20 Cr. 473-08 (VM)

Dear Judge Marrero:

    The Government has been informed that one of the co-signers of the defendant Bangaly Doumbia's bond—Manabo Djoumande—wishes to be removed as a co-signer.  The Government therefore respectfully requests that the Court release Ms. Djoumande from the bond.  Because the defendant's bond requires the defendant to have two co-signers, the Government requests that the Court also order the defendant to obtain a second co-signer within two weeks.

    The Government has conferred with counsel for the defendant, who does not object to these requests.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____/s/_____
    Andrew A. Rohrbach
    Assistant United States Attorney
    (212) 637-2345

**Request GRANTED.**  The Court hereby releases Manabo Djoumande as a co-signer of Mr. Doumbia's bond. The Court also orders Mr. Doumbia to secure a second co-signer within two weeks of this Order.

**SO ORDERED.**

5/10/2021
DATE

VICTOR MARRERO, U.S.D.J.