```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

BANGALY DOUMBIA,

                Defendant.

20 Cr. 0473 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 24, 2022;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

    IT IS FURTHER ORDERED that the trial date in the above-captioned case is adjourned sine die.

**SO ORDERED.**

Dated:    2 November, 2022
            New York, New York

                                                Victor Marrero
                                                U.S.D.J.