USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA, :

- against - :

BANGALY DOUMBIA, :

Defendant. :
-----------------------------------X

20-cr-00473(VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that John Burke, the C.J.A. attorney previously representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Amanda Kramer, of Covington & Burling LLP.

**SO ORDERED.**
Dated: New York, New York
11 September 2026

Victor Marrero
U.S.D.J.