USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

BANGALY DOUMBIA,

Defendant.

**20 CR 473 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The conference scheduled for September 18, 2026, is hereby adjourned until October 16, 2026, at 1:00 p.m.

**SO ORDERED.**

Dated: 18 September 2026
New York, New York

Victor Marrero
U.S.D.J.